James M. HELMS, Petitioner,

v.

DEPARTMENT OF the ARMY, Respondent.

No. 2010–3183.

United States Court of Appeals, Federal Circuit.

Aug. 17, 2011.

ON MOTION

*ORDER*

Upon consideration of James M. Helms' motion to voluntarily dismiss this appeal from *Helms v. Department of the Army*, MSPB CH0752090251–I–1,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

SYSTEMATION, INC., Plaintiff–Appellee,

v.

HART & COOLEY, INC., Defendant–Appellant.

No. 2011–1404.

United States Court of Appeals, Federal Circuit.

Aug. 18, 2011.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

GLORY LICENSING LLC, Plaintiff–Appellant,

v.

TOYS "R" US, INC., Defendant–Appellee.

No. 2011–1429.

United States Court of Appeals, Federal Circuit.

Aug. 25, 2011.